# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH


### NO. 02-13-00068-CV

DOYLE L. GARNER AND GILDA M. GARNER                                      APPELLANTS

V.

CITIMORTGAGE, INC.                                                                  APPELLEE

------------

## FROM THE 43RD DISTRICT COURT OF PARKER COUNTY

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

On September 20, 2013, we notified appellants that their brief had not been filed as required by Texas Rule of Appellate Procedure 38.6(a). *See* Tex. R. App. P. 38.6(a). We stated we could dismiss the appeal for want of prosecution unless appellants or any party desiring to continue this appeal filed with the court within ten days a motion reasonably explaining the failure to file a

---

[1]*See* Tex. R. App. P. 47.4.

brief and the need for an extension. *See* Tex. R. App. P. 10.5(b), 38.8(a), 42.3. We have not received any response.

Because appellants' brief has not been filed, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a), 42.3(b), 43.2(f).

Appellants shall pay all costs of this appeal, for which let execution issue.

PER CURIAM

PANEL:  MCCOY, MEIER, and GABRIEL, JJ.

DELIVERED:  October 17, 2013